# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE L. CRUZ,**  :<br>    Petitioner  :<br>  :<br>    v.  :<br>  :<br>**MARK GARMAN, et al.,**  :<br>    Respondents  : | No. 1:16-cv-00018<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 15th day of June 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** as untimely;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
